UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID L. ACCORNERO,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

Civil No. 07-1161-HA

JUDGMENT

Based on the record,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner must be REVERSED and REMANDED FOR FURTHER PROCEEDINGS.

Dated this  25  day of September, 2008.

                /s/ ANCER L. HAGGERTY
                ANCER L. HAGGERTY
                UNITED STATES DISTRICT JUDGE