FILED'08 OCT 30 10:05USDC-ORP

Sharon Maynard, OSB# 92584
BENNETT, HARTMAN, MORRIS & KAPLAN
111 SW Fifth Ave., Suite 1650
Portland, Oregon 97204
(503) 227-4600
FAX # 248-6800
e-mail: maynards@bennetthartman.com
   Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID L. ACCORNERO,

    Plaintiff,

    v.

MICHAEL ASTRUE,
Commissioner, Social Security
Administration,

    Defendant.

Civil No. 07-1161-HA

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7,169.75, pursuant to 28 U.S.C §2412, costs in the amount of $350.75, and expenses in the amount of $34.52, be awarded to Plaintiff, pursuant to 28 U.S.C §1920, for a total of $7,555.02, should be awarded to Plaintiff; made payable to Plaintiff and mailed to Plaintiff's attorney.

DATED: _____Oct 30_____ day of __Oct_____, 2008

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
/s/_____
SHARON MAYNARD, OSB #92584
Attorney for Plaintiff

Page 1 - ORDER - EAJA FEES - ACCORNERO